IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AUTHORIZATION TO OBTAIN LOCATION
DATA CONCERNING A CELLULAR TELEPHONE
ASSIGNED CALL NUMBER (203) 550-7073,
WITH INTERNATIONAL MOBILE SUBSCRIBER
IDENTITY ("IMSI") NUMBER 310260259574874

FILED UNDER SEAL

FILED EX PARTE

ORDER

3:19mj1045(WIG)

FILED
2019 JUL -2 P 12: 16
US DISTRICT COURT
BRIDGEPORT CT

Upon consideration of the Third Application of the United States for an Extension of Delayed Notification and Non-Disclosure Order *Nunc Pro Tunc*, and Request to Seal ("Third Application for Delayed Notification/Non-Disclosure"), the Court finds good cause pursuant to 18 U.S.C. § 3103a for a 90-day extension of the period of delayed notification and non-disclosure with respect to this warrant and the execution thereof;

IT IS HEREBY ORDERED that the Third Application for Delayed Notification/Non-Disclosure *Nunc Pro Tunc* is granted; and

IT IS FURTHER ORDERED that notification by the government with respect to the warrant executed on cellular telephone assigned call number (203) 550-7073, with IMSI 310260259574874, with service provided by T-Mobile, which is a prepaid phone with no subscriber and used by RICHARD T. UVA, a/k/a "RICK UVA," "RICH UVA," and "RICHIE UVA" ("UVA"), be delayed *nunc pro tunc* for an additional period of ninety days until May 27, 2011; and

IT IS FURTHER ORDERED that the government's application, the proposed Order, and this Order shall be kept under seal, until further order of the Court.

Dated: 28th day of February, 2011.

/s/
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF CONNECTICUT