NO. 3:19 mj 1045 (WIG)

**30,152**

CONTENTS: Application and Proposed Order

JUDICIAL OFFICER: Honorable William I. Garfinkel
United States Magistrate Judge

FILED 2019 JUL -2 P 12: 15
US DISTRICT COURT
BRIDGEPORT CT

SUPERVISING ATTORNEY: Harold H. Chen
Assistant United States Attorney

DATE SEALED: 2/28/11  WJG

DATE UNSEALED: 11-28-2017

The Clerk of the Court is directed to seal the contents of this envelope until further order of the Court.

SO ORDERED this 28th day of February, 2011, at Bridgeport, Connecticut.

/s/
HONORABLE WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE